■ INTERSET GROUP, INC., Respondent, v KENNETH ROSENZWEIG, Appellant. [686 NYS2d 705] —Order and judgment, Supreme Court, New York County (Herman Cahn, J.), entered November 20, 1997 and December 17, 1997, respectively, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Wallach, Lerner, Mazzarelli and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD REID, Appellant. [686 NYS2d 705] —Judgment, Supreme Court, New York County (George Daniels, J.), rendered February 13, 1996, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 1½ to 3 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record (*see, People v Prochilo*, 41 NY2d 759, 761). Given these determinations, the evidence establishes that the search was based on both voluntary consent and a valid search warrant. We have considered and rejected defendant's remaining claims. Concur—Sullivan, J. P., Wallach, Lerner, Mazzarelli and Buckley, JJ.